CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

NO NAME GIVEN RAJU,

                    Plaintiff,

          v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

                    Defendants.

Case No. 4:25-cv-09590-KAW

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER**

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On March 11, 2026, the Court granted the parties' request to stay proceedings until June 8, 2026. Dkt. No. 12. On December 2, 2025, USCIS issued Policy Memorandum PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* ("Policy Memorandum"), placing a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed June 8, 2026). On March 30, 2026, USCIS published a web alert, lifting the hold on asylum applications of applicants from non high-risk countries. *See* https://www.uscis.gov/newsroom/alerts/update-on-uscis-strengthened-

Stipulation to Stay
Case No. 4:25-cv-09590-KAW                                1

screening-and-vetting (last accessed June 8, 2026). On June 5, 2026, a District Court in Rhode Island issued a decision overturning USCIS's Policy Memorandum. *See* Ex. A (Decision in Dorcas International Institute of Rhode Island, *et al.*, v. United States Citizenship and Immigration Services, *et al.*, 1:26-cv-00132-JJM-PAS). The parties conferred and agree to continue the stay to allow time for USCIS to determine how it will proceed in light of this recent decision.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 8, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 8, 2026                                  Respectfully submitted,[1]

                                                     CRAIG H. MISSAKIAN
                                                     United States Attorney


                                                     /s/ Molly A. Friend
                                                     MOLLY A. FRIEND
                                                     Assistant United States Attorney
                                                     Attorneys for Defendants


Dated: June 8, 2026                                  /s/ No Name Given Raju
                                                     NO NAME GIVEN RAJU
                                                     Pro Se Plaintiff


# ORDER

Pursuant to stipulation, IT IS SO ORDERED. The case is stayed until July 8, 2026.


Date: June 9, 2026

                                                     KANDIS A. WESTMORE
                                                     United States Magistrate Judge


---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 4:25-cv-09590-KAW                    2